No. 599. DEMKO, ADMINISTRATRIX, ET AL. *v.* LAUDER-DALE-BY-THE-SEA. Supreme Court of Florida. Certiorari denied. *Alfred P. Draper* and *Joseph A. Fitzsimmons* for petitioners.

No. 608. HOWLAND *v.* STITZER. Supreme Court of North Carolina. Certiorari denied. *David L. Krooth* for petitioner. *Welch Jordan* for respondent.

No. 612. BLOCH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William A. Patty* for petitioner. *Acting Solicitor General Stern, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for the United States.

No. 623. BINION *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William A. Roberts, Warren Woods* and *Nash R. Adams* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Philip Elman, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 624. TAYLOR *v.* MARCELLE, COLLECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Walter R. Kuhn* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *I. Henry Kutz* for respondent.

No. 625. FERNANDEZ *v.* UNITED FRUIT Co. C. A. 2d Cir. Certiorari denied. *Henry Fogler* for petitioner. *Eugene Underwood* for respondent.